UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-01698-HDV-SSCx** | | Date | April 2, 2026 |
|---|---|---|---|---|
| Title | *Alfredo Mercado v. North Valley Construction Co, LLC et al* | | | |

Present: The Honorable      Hernán D. Vera, United States District Judge

| Daniel Torrez | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Steffanie Stelnick (video)

Attorney(s) Present for Defendant(s):

Aaron Levine (video)
Robina Henson (video)

Proceedings:       **PLAINTIFF'S MOTION FOR REMAND [11]**

The motion is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states it's tentative. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION**, and a written ruling shall issue.

**IT IS SO ORDERED.**

time __:07

Page 1 of 1                    CIVIL MINUTES – GENERAL                    Initials of Deputy Clerk: DT